**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:19CR257** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **MIGUEL GARCIA-FLORES,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

       This matter is before the court on the defendant's unopposed Motion to Continue Trial [36]. Counsel needs more time to thoroughly prepare for this case. For good cause shown,

       **IT IS ORDERED** that the Motion to Continue Trial [36] is granted, as follows:

1. The jury trial, now set for December 16, 2019 is continued to **January 27, 2020.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 27, 2020**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

       **DATED: December 5, 2019.**

                        **BY THE COURT:**

                        **s/ Michael D. Nelson**
                        **United States Magistrate Judge**